2:25-cv-1232-KCD-DNF

FILED
DEC 29 2025
Clerk, US District Court
Middle District of Florida
Fort Myers, Florida

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

- Name: Eugene Galimore
- All other names by which you have been known:
- ID Number: 293897
- Current Institution: 414 Firefox Dr Ft myers
- Address: Ft myers, FL 33905

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**
- Name: Amira D Fox
- Job or Title (if known): State Attorney
- Shield Number:
- Employer:
- Address: Post office Box 399, Fort myers, FL 33902
- [ ] Individual capacity  [x] Official capacity

**Defendant No. 2**
- Name: Lee County Sheriff
- Job or Title (if known): Lee County Sheriff Department
- Shield Number:
- Employer:
- Address: Dont know it to me, Went sil.e
- [ ] Individual capacity  [x] Official capacity

Page 2 of 11

C. What date and approximate time did the events giving rise to your claim(s) occur?

March 31 I think it was I was wrongful lock up in jail has a white male when I am Black

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I was lock up And lost all my things on the outside when the witness statement say white male And lost my job And my place to live

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

dismissed
To stop this case And give me money for being wrongful lock up. 650.00 A week for 32 weeks is 20,800 dollars is what I am asking

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

### VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☐ Yes
☒ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☐ Yes
☐ No
☒ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes
☐ No
☒ Do not know

If yes, which claim(s)?